UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAVERICK MEDIA GROUP, INC., et al.,

    Plaintiffs,

v.                                                  CASE NO: 8:02-cv-947-T-23TBM

HILLSBOROUGH COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred the parties' cross-motions for summary judgment (Docs. 91, 92) to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's March 9, 2007, report and recommendation (Doc. 134), the plaintiffs object (Doc. 136) and the defendant responds (Doc. 142) in opposition to the objections.

A *de novo* determination of those portions of the report and recommendation to which the plaintiffs object reveals that the objections either are unfounded or otherwise require no different resolution of the motions. Accordingly, the plaintiff's objections (Doc 136) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 134) is **ADOPTED**. The plaintiffs' motion (Doc. 91) for partial summary judgment is **DENIED** and the defendant's motion (Doc. 92) for summary judgment is **GRANTED**.

The Clerk is directed to enter judgment in favor of the defendant and against the plaintiffs and close the case.

ORDERED in Tampa, Florida, on May 16, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy